ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 3:35 PM
CHRISTOPHER A. PRINE
CLERK



**Court of Appeals**
State of Texas
Ninth District

CHIEF JUSTICE
W. SCOTT GOLEMON

JUSTICES
LEANNE JOHNSON
JAY WRIGHT
KENT CHAMBERS

CLERK
CARLY LATIOLAIS

OFFICE
SUITE 330
1001 PEARL ST.
BEAUMONT, TEXAS 77701
409/835-8402  FAX 409/835-8497
WWW.9THCOA.COURTS.STATE.TX.US

March 31, 2025

The Honorable Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, Texas 78711
*Via eFile.txcourts.gov*

Re:   Court of Appeals Number: 15-24-00126-CV
      Trial Court Case Number:  22-10-14637

Style: Still American, LLC, Unio Global Trade, LLC, Adolfo Rafael Vivas, Marcela
      Vogel, Michael Vogel, and Adolfo Pedro Vivas v. Baron Global Distributors,
      LLC and Zinc Point Manufacturing, Inc.

Dear Mr. Prine:

    We are in receipt of Appellants' unopposed amended motion to transfer the above styled and numbered cause to the Ninth Court of Appeals. After reviewing the motion, the Ninth Court of Appeals **agrees** with the decision of the Fifteenth Court of Appeals to grant the motion to transfer.

                                 Sincerely,


                                 Carly Latiolais,
                                 Clerk of the Court


cc:   Bradley W. Snead
      Michael Bennett
      Justin Lipe
      Kenneth J. Fair

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99091451
Filing Code Description: Letter
Filing Description: 9COA Agreement to Transfer
Status as of 3/31/2025 4:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley W.Snead | | snead@wrightclosebarger.com | 3/31/2025 3:35:16 PM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 3/31/2025 3:35:16 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 3/31/2025 3:35:16 PM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 3/31/2025 3:35:16 PM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 3/31/2025 3:35:16 PM | ERROR |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 3/31/2025 3:35:16 PM | ERROR |